

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00025-CV

Roderick **SANCHEZ**, In His Official Capacity as Director, Development Services Department, City of San Antonio, and Development Services Department, City of San Antonio, Appellants

v.

**BOARD OF ADJUSTMENT FOR THE CITY OF SAN ANTONIO** and
Map Industries, L.L.C. d/b/a U-Pull It,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-02439
Honorable Peter A. Sakai, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the parties' joint motion to enter an agreed judgment reversing the trial court's judgment in part is GRANTED, and this appeal is REVERSED IN PART with regard to the portion of the trial court's judgment awarding attorney's fees to Map Industries, L.L.C. d/b/a U-Pull It, judgment is RENDERED that Map Industries, L.L.C. d/b/a U-Pull It take nothing with regard to its claim for attorney's fees, and the remainder of the trial court's judgment is AFFIRMED.

We order that each party bear its own costs of this appeal. We further order the clerk of this court to issue this court's mandate immediately.

SIGNED December 12, 2018.

_____
Marialyn Barnard, Justice